# UNITED STATES DISTRICT COURT
**\*\* Plea Minutes \*\***

Date:  12/03/2020                                   Case #:  1:20-cr-00167-TSE-1

Time:  03:43 p.m. – 04:48 p.m. (01:05)              Interpreter/Lang:  N/A

---

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Patricia Kaneshiro-Miller |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
         v.                       Deft appeared:  [ X ] in person         [   ] failed to appear
                                                  [ X ] with Counsel      [   ] without Counsel
**DANIEL BOICE**                                  [   ] through Counsel


DREW CHRISTIE                              BLAKE GOEBEL
TODD RICHMAN                               RUSSELL CARLBERG
**Counsel for Defendant**                  **Counsel for Government**

**Matter called for:**
[   ] Pre-Indictment Plea        [ X ] Change of Plea        [   ] Plea Agreement

**Filed in open court:**
[   ] Information    [ X ] Plea Agreement   [ X ] Statement of Facts    [   ] Waiver of Indictment

**Plea:**
[ X ] Deft entered a Plea of Guilty as to Count(s) <u>1 and 6</u> of the  [ X ]  Indictment    [   ] Information

[ X ] Plea accepted by the Court.

[   ] Deft waived right to PSI and consent to proceed with sentencing.

[   ] Motion for Dismissing Count(s) _____ by [   ] US or [   ] Deft

[   ] Order entered in open court          [   ] Order to follow

[ X ] Deft directed to USPO for PSI     [ X ] Yes      [   ] No


[ X ] Case continued to:  **MARCH 19, 2021** at **09:00 A.M.** for:

   [   ] Jury Trial    [   ] Bench Trial    [   ] Pre-Guidelines Sentencing    [ X ] Guidelines Sentencing


[ X ] Deft cont'd on same bond conditions w/$500,000 PR Bond as previously imposed on 08/14/2020:

\#   Cancel previously scheduled Jury Trial for:  <u>February 2, 2021 at 10:00 a.m.</u>