IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:20-CR-167-TSE |
| | ) | |
| DANIEL BOICE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon motion of the United States of America, in view of the defendant's guilty pleas to Counts 1 and 4 of the Indictment, his adjudication of guilt, and this Court's sentence imposed in the case, it is now hereby: ORDERED that counts 2, 3, 4, 5, 7 and 8 of the Indictment in the above-captioned case are HEREBY DISMISSED as to the defendant, DANIEL BOICE.

_____
Hon. T.S. Ellis, III
Senior United States District Judge

Date: March 26, 2021
Alexandria, Virginia